IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERTRUDE KOLLOCK, | § | No. 607, 2014 |
| | § | |
| Appellant, | § | Court Below: |
| Appellant Below, | § | |
| Claimant Further Below, | § | Superior Court |
| | § | of the State of Delaware, |
| v. | § | in and for |
| | § | Sussex County |
| ALLEN HARIM FOODS, LLC, | § | |
| | § | C. A. No. S14A-06-002 ESB |
| Appellee, | § | |
| Appellee Below, | § | |
| Employer Further Below. | § | |

Submitted: May 13, 2015
Decided: May 14, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 14th day of May 2015, the Court, having considered this matter on the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of October 7, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


/s/ Karen L. Valihura
Justice